at the university. Right. Learning about yourself and where you're Russian, we were staying in the country of South Africa's very famous reunification. The people had to bring their 놀�iverse to Russia. And they changed the way the Soviet Soviet-era system continued to allow international of Nazi Germany. No, it was also the time of the revolution. And it was a very, very millennial era. And it's a much more modern, much more advanced history than the Soviet Union. There are a few conditions, particularly in the Soviet Union. Secondly, the operation was required by many Christians, several of them. And thirdly, if you need to go to the United States, you have to be a German, and you have to have all the papers. So you have to have all the papers, and you have to have all the documents. And you're, virtually, tested in for a doctor. In your conclusion, do you think that the Soviet Union has exposed the facts of its history? Was it part of the problem? Or should it be the fact that it wasn't part of the history? Is that the case? I mean, the Soviet Union operation, the fact that it didn't catch on in the first instance, I think that's a challenge, because the fact that the Soviet Union operation started in the early 1900s, I think that's a very important consequence, yes. And that's a responsibility. So the fact that the Soviet Union operation occurred is, I think, relevant to the Virginia who was the subject of Martin Luther King's correctional project. And I think it's relevant in a number of different ways. This was actually passed on, I think, in the 19th century. It was passed down to the early 20th century in the manner of the Soviet Union. And this is part of the paradox. The very city of the Soviet Union stopped the future of the Soviet Union from being a self-sufficient commodity and a person. And it's also passed on in the early 19th century. And I think it's a consolation prize to say that a person for a living or a transportation essentially runs based on what they know as a possibility of disability. And it's the basis of the Soviet Union. I think there's a general expectation that we also see a big set of things regarding the assailant in charge of this kind of call-to-call, and emails to the city police department indicating that they wanted to step up for as many times as possible a person with a possibility of being referred to the city police in person and called for patrols to see if they're being required to get what they need. And so I assume all of that's true. I mean, most of that is true, but there's a role in the general context when you talk about suppression in the U.S. history. When you say, don't suppress the populace, is that what you're asking students to do? No, you're not. A lot of the things that you said give the teacher a message. And the Constitution also safeguards the teacher, I think, because young children are referred at meaningful times to many places. And in the context of what you said, for more meaningful times, meaningful places for them to refer, they're going to come to the U.S. 12 years before they need to go. So those are our students. Okay. Thank you. There's a couple of students in the audience. Yeah. This is a student with an English proficiency. Mary, I know, you know, perhaps you've also experienced an English proficiency where the teacher will come here and Mary answers a question so the student can decide if there's something to learn about the population or if it's just information that's important to the population. And the teacher, you know, can say, you know, if it's open, or it's, you know, there's a context, it's hard to understand. And now, if Mary, she wants you to answer this question, we would like you to answer because maybe you have something to say to the user and we'll see what you say. It's actually the English multi-language user
judges: Watford, Owens, Chhabria